Certificate Number: 03346-CAC-CC-010262340

# CERTIFICATE OF COUNSELING

I CERTIFY that on March 15, 2010, at 8:15 o'clock PM PDT,

TU K NGUYEN received from

Consumer Credit Counseling Service of Orange County, Inc.,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

Central District of California, an individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date: March 15, 2010        By      /s/Tony Tran

                            Name    Tony Tran

                            Title   Certified Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).