BK-132
NGUYEN H. NGUYEN, Bar No. 213366
Law Offices of Nguyen H. Nguyen
15361 Brookhurst Street, Suite 205
Westminster, CA 92683
Telephone: (714) 775-4529
Fax: (714) 775-4527
E-Mail: nhn97@aol.com

Attorney for Debtor, TU KIM NGUYEN

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>TU KIM NGUYEN,<br><br>Debtor. | Chapter 13<br>Case No. 8:10-bk-23006-RK<br><br>**DEBTOR'S APPLICATION TO STRIKE ONEWEST BANK, FSB'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**<br><br>Judge:    ROBERT N. KWAN<br>Date:    January 13, 2011<br>Time:    3:00 p.m.<br>Courtroom: 5D |

COMES NOW, Debtor TU KIM NGUYEN, objects to OneWest Bank, FSB's Objection to Confirmation of Chapter 13 Plan. OneWest Bank, FSB ("OneWest") failed to object on timely basis or to appear at the 341(a) meeting of creditors to prosecute the objection and therefore deemed a waiver of the objection.

Case 8:10-bk-23006-RK    Doc 25    Filed 12/06/10    Entered 12/06/10 12:07:05    Desc
Main Document    Page 2 of 5

Debtor filed her Chapter 13 Bankruptcy on September 15, 2010. On November 3, 2010, a 341(a) meeting of creditor was held. Debtor's confirmation hearing of her Chapter 13 plan is to be held on December 9, 2010. On December 1, 2010, OneWest through a different law firm known as Barrett Daffin Frappier Treder & Weiss, LLP. filed objection to confirmation of Chapter 13 plan.

F.R.B.P. Rule 3015(f) states as followed:

*An objection to confirmation of a plan shall be filed and sewed on the debtor, the trustee, and any other entity designated by the court, and shall be transmitted to the United States Trustee, before confirmation of the plan. An objection to confirmation is governed by Rule 9014. If no objection is timely filed, the court may determine that the plan has been proposed in good faith and not by any means forbidden by law without receiving evidence on such issues.*

Rule 9014 states that "*In a contested matter not otherwise governed by these rules, relief shall be requested by motion, and reasonable notice and opportunity for hearing shall be afforded the party against whom relief is sought. No response is required under this rule unless the court directs otherwise.*"

Additionally, Local Bankruptcy Rule, Rule 3015-1(g)(1) states that "*Objections, if any, to the confirmation of the plan must be in writing, supported by appropriate declarations or other admissible evidence, filed with the court, and sewed on debtor's attorney, the debtor (if not represented by counsel), and the chapter 13 trustee not less than 7 days before the §341(a) meeting of creditors.*"

Furthermore, Local Bankruptcy Rule, Rule 3015-1(g)(3) states that "*The failure either to file a written objection on a timely basis or to appear at the §341(a) meeting of creditors to prosecute the objection may be deemed a waiver of the objection.*"

Here, OneWest untimely filed its objection on December 1, 2010 or 8 days before the confirmation hearing and almost 1 month after the §341(a) meeting

of creditors. OneWest's failure to file written objection on a timely basis or to appear at the §341(a) meeting of creditors on November 3, 2010 to prosecute the objection is deemed a waiver of the objection.

In addition, OneWest's objection failed to comply with F.R.B.P. Rule 3015(f) and Rule 9014; wherein its objection must be brought as a motion so that Debtor would have reasonable notice and opportunity for hearing.

THEREFORE, the Debtor respectfully requests the Court to strike OneWest's objection to confirmation of Chapter 13 plan.

Dated: DEC. 6, 2010

Respectfully Submitted

_____
NGUYEN H. NGUYEN, Attorney for Debtor, TU KIM NGUYEN

In re:  TU KIM NGUYEN,
Debtor.

Case No.: 8:10-bk-23006-RK
Chapter: 13

___

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CMIECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:  15361 *Brookhurst Street, Suite* 205*, Westminster, CA* 92683.

A true and correct copy of the foregoing document described as **DEBTOR'S APPLICATION TO STRIKE ONEWEST BANK, FSB'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN,** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On ***December 6, 2010***, I checked the CMIECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

U.S. TRUSTEE:  ustpregionl6.sa.ecf@usdoj.gov
AMRANE COHEN, Chapter 13 Trustee:  efile@ch13ac.com
ONEWEST BANK, FSB. – c/o Barrett Daffin Frappier Treder & Weiss, LLP.:  cdcaecf@bdfgroup.org

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On ***December 6,*** 2010*,* I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY. FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 6, 2010 | NGUYEN H. NGUYEN | /s/ Nguyen H. Nguyen |
|---|---|---|
| Date | | Signature |

___

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*     **F 9013-3.1.PROOF.SERVICE**

| In re: TU KIM NGUYEN, | Case No.: 8:10-bk-23006-RK |
|---|---|
| Debtor. | Chapter: 13 |

**ADDITIONAL SERVICE INFORMATION** (if needed)

HONORABLE ROBERT N. KWAN, BANKRUPCY JUDGE
411 West Fourth Street
Court Room 5D / Bin Outside of Room 5097
Santa Ana, CA 92701


OneWest Bank, FSB.
c/o Barrett Daffin Frappier Treder & Weiss, LLP.
Attn.: Gerald S. Kim, Esq.
20955 Pathfinder Rd., Suite 300
Diamond Bar, CA 91765

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*    **F 9013-3.1.PROOF.SERVICE**