**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
**770 The City Drive South, Suite 3300**
**Orange CA, 92868**
**Tel: (714) 621-0200**
**Fax: (714) 621-0277**

### UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br>Tu Kim Nguyen<br><br>                    Debtor(s). | Chapter 13<br>Case No.: 8:10-bk-23006-RK<br><br>**NOTICE OF INTENT TO FILE TRUSTEE'S FINAL REPORT AND ACCOUNT, OBTAIN DISCHARGE OF CHAPTER 13 TRUSTEE AND ORDER CLOSING CASE.** |

   TO: THE ABOVE NAMED DEBTOR(S), AND THE ATTORNEY FOR THE DEBTOR(S) IF ANY:

   NOTICE IS HEREBY GIVEN that Amrane Cohen, the Chapter 13 Trustee in the above-captioned case, intends to file a Final Report & Account, a draft of which is enclosed; and

   NOTICE IS HEREBY GIVEN that in the event no objection is filed within thirty (30) days after the date of this Notice, the Court will discharge the Trustee (see Bankruptcy 11 U.S.C. #350 (a) and Rule 5009, F.R.B.P.); and

   NOTICE IS FURTHER GIVEN that objection (s) , if any, shall be filled with this Court and served upon the Chapter 13 Trustee at the address set forth above, upon the Debtor (s) and Debtor's attorney, if any, and upon the Office of the United States Trustee.

   Executed on 2/2/2011 at Orange, California.

                                                                    /s/ Amrane Cohen
                                                                    Amrane Cohen, Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

IN RE: Tu Kim Nguyen
6042 Ronald Cir
Cypress, CA 90630

Case No.: 8:10-bk-23006-RK
Judge: ROBERT N. KWAN

DRAFT FINAL REPORT AND ACCOUNT

This case was **DISMISSED BEFORE CONFIRMATION**

SSN#1 - XXX-XX-0603
SSN#2 -

This Case was commenced on 09/15/2010

The Plan was Confirmed on

The Case was concluded on 01/18/2011

The trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all distributions through the above referenced Plan.

RECEIPTS: Amounts paid to the trustee by or for the Debtor for the benefit of creditors:   $164.22

| DISTRIBUTIONS TO CREDITORS NAME OF CREDITOR | CLASS | CLAIM AMOUNT | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|---|
| Amrane Cohen (TR) | NOTICE ONLY | 0.00 | 0.00 | 0.00 | 0.00 |
| Deutsche Bank National Trust Co | NOTICE ONLY | 0.00 | 0.00 | 0.00 | 0.00 |
| ONEWEST BANK 2ND TD, DOR TO AVOID LIEN, IN SCH 'F' | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| Onewest Bank FSB 1ST TD, DOR TO AVOID LIEN | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |

SUMMARY OF CLAIMS ALLOWED AND PAID

| | SECURED | PRIORITY | GENERAL | LATE | SPECIAL | TOTAL | |
|---|---|---|---|---|---|---|---|
| AMT. ALLOW | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | TOTAL PAID |
| PRIN. PAID | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | PRIN. AND INT. |
| INT. PAID | 0.00 | 0.00 | 0.00 | | | 0.00 | 0.00 |

DISBURSEMENTS PERSUANT TO AN ORDER OF THE COURT

| DEBTOR'S ATTORNEY | FEE ALLOWED | FEE PAID |
|---|---|---|
| NGUYEN H NGUYEN | 2,274.00 | 64.22 |
| PRO PER | 0.00 | 0.00 |

COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION

| FILING FEE & DEPOSIT | TRUSTEE EXP. & COMPENSATION FUND | OTHER COST | |
|---|---|---|---|
| 0.00 | 100.00 | 0.00 | 100.00 |

CASE NO:  8:10-bk-23006-RK              Tu Kim Nguyen

    I, Amrane Cohen, the Chapter 13 Trustee, certify that this Final Report and Account is a true and accurate record of the estate to the best of my knowledge, information and belief.  I hereby certify that the estate has been fully administered.

    WHEREFORE, your Petitioner prays that a Final Decree be entered discharging Amrane Cohen as Trustee and releasing Amrane Cohen and his surety from any and all liability on account of the within proceedings, and for such other and further relief as is just.

DATED: February 02, 2011                                                                                          /s/ Amrane Cohen
                                                                                                                    Amrane Cohen

| In re:<br>Tu Kim Nguyen<br>6042 Ronald Cir<br>Cypress, CA 90630 | Debtor(s). | **CHAPTER 13**<br><br>**Case No.:** 8:10-bk-23006-RK |
|---|---|---|

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My busines address is:

770 THE CITY DR. SOUTH, #3300
ORANGE, CA 92868

The foregoing document described as <u>NOTICE OF INTENT TO FILE FINAL REPORT AND ACCOUNT</u> will be served or was served in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") -** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 2/2/2011 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 2/2/2011 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope with postage theron fully prepaid in the United States Mail and /or with an overnight mail service addressed as follows:

Tu Kim Nguyen                                      NGUYEN H NGUYEN
6042 Ronald Cir                                    15361 BROOKHURST ST, STE 205
Cypress, CA 90630                                  WESTMINISTER, CA 92683

**III. SERVED BY FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served):
Pursuant to Fed. R. Civ. Proc. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) who consented in writing to such service method, by facsimile transmission and/or email as follows:

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 2/2/2011 | JUAN SANTILLAN | /s/ JUAN SANTILLAN |
|---|---|---|
| Date | Type Name | JUAN SANTILLAN |

CASE NO:  8:10-bk-23006-RK          Tu Kim Nguyen